IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Palmetto State Bank, | ) | C/A No. 1:16-3842-JMC-PJG |
|                 Plaintiff, | ) | |
| v. | ) | |
| Marion F. Riley, Jr.; M. F. Riley Funeral Home; Riley's Funeral Home, | ) | **ORDER** |
|                 Defendants, | ) | |
| v. | ) | |
| Federal Deposit Insurance Corporation, *as Receiver for Allendale County Bank*, | ) | |
|                 Counter Defendant. | ) | |
| Marion F. Riley, Jr., | ) | |
|                 Third-Party Plaintiff, | ) | |
| v. | ) | |
| Walker Harter, Jr.; Walker Harter, Sr., | ) | |
|                 Third-Party Defendants. | ) | |

The plaintiff, Palmetto State Bank, removed this action from the Allendale County Court of Common Pleas in December 2016. This matter is before the court pursuant to 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.). On May 24, 2017, the court issued an amended scheduling order in this matter and set a dispositive motions deadline of December 15, 2017. (ECF No. 27.) As of the date of this order, no party has filed a potentially dispositive motion regarding

the merits of this case. The parties are directed to inform the court in writing of the status of this case on or before **January 3, 2018** and advise the court as to whether the case is ready for trial.

    **IT IS SO ORDERED.**

December 20, 2017  
Columbia, South Carolina

Paige J. Gossett  
UNITED STATES MAGISTRATE JUDGE